**FROM: The District Court of the 1st Judicial District.
County of Lewis & Clark.**

**STATE OF MONTANA,**
                    **Plaintiff,**                                    **NO. ADC 90-142**
          **vs.**                                                            **DECISION**
**Carl G. MacDonald,**
                    **Defendant.**

On December 4, 1996, it was ordered, adjudged and decreed that for the offense of Criminal Endangerment, a felony, the defendant is sentenced to Montana State Prison for a period of five (5) years. The defendant is granted 11 days' credit for time served prior to sentencing. The defendant is granted no credit for elapsed time.

On May 8, 1997, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 8th day of May, 1997.

DATED this 13th day of June, 1997.

**Chairman, Hon. Jeffrey M. Sherlock, Member, Hon. Wm. Nels Swandal and Alternate Member, Hon. Robert Boyd.**

The Sentence Review Board wishes to thank Carl G. MacDonald for representing himself in this matter.